# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-469
_____

M.M., Mother of T.H., A.H., L.H.,
Minor Children,

    Appellant,

    v.

GUARDIAN AD LITEM PROGRAM,

    Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
William F. Williams, Judge.

September 5, 2019

PER CURIAM.

    AFFIRMED.

OSTERHAUS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live Oak; Dana A. Taylor of the Law Office of Dana A. Taylor, P.A., Live Oak, for Appellant.

Thomasina F. Moore, Statewide Director of Appeals, and Sara Elizabeth Goldfarb, Appellate Counsel, Florida Statewide Guardian ad Litem Office, Tallahassee; Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Appellee.